Opinion issued July 23, 2009









Opinion issued July 23,
2009

 

 



 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO.   01-08-00744-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



JON EDWARD ORECHIA, Appellant

 

V.

 

ARTHUR DINICOLANTONIO and 

STEPHEN DINICOLANTONIO, Appellees

 

 



On Appeal from County Court at Law No. 3

Galveston County, Texas

Trial Court Cause No. 56295 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

In this appeal, appellant
Jon Edward Orechia sought reversal of the trial court’s grant of a temporary
injunction in favor of brothers Arthur Dinicolantonio and Stephen Dinicolantonio,
appellees.  On March 5, 2009, the same date as the appeal’s submission, the
Dinicolantonios moved to stay the case on the basis that a jury trial had
commenced.  On March 12, 2009, the jury issued a verdict in the case.  

In their unopposed motion
to dismiss, the Dinicolantonios inform the Court that the trial court has signed
a final judgment.[1] 
Once the trial court signed the final judgment, the temporary injunction
expired and no longer exists.  Jordan v. Landry's Seafood Restaurant, Inc.,
89 S.W.3d 737, 741 (Tex. App.—Houston [1st Dist.] 2002, pet denied).  The entry
of final judgment thus rendered the appeal relating to the temporary injunction
moot.  See Isuani v. Manske-Sheffield Radiology Group, P.A., 802 S.W.2d
235, 236 (Tex. 1991); Jordan, 89 S.W.3d at 741.

Accordingly, we grant the
motion and dismiss the cause as moot.  All other pending motions are also dismissed
as moot.

          

                                                PER
CURIAM              

 

Panel consists of Justices Bland, Sharp,
and Taft.[2]









[1]
We take judicial notice of the April 20, 2009
final judgment provided with the appellees’ motion. 

 





[2]
Justice Tim Taft, who retired from the First
Court of Appeals on June 1, 2009, continues to sit by assignment for the
disposition of this case, which was submitted on March 5, 2009.